IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JAMES EDWARD KIRBY                                                PLAINTIFF

        v.              Civil No. 08-2063

DEPUTY WATERDOWN; DEPUTY
ISREAL BURGOS; SHERIFF MIKE
ALLEN; and JAIL ADMINISTRATOR
JEFF MARVIN                                                       DEFENDANTS

**O R D E R**

Now on this 8th day of September, 2009, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #24), and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claim is hereby **dismissed**.

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE